**Fill in this information to identify the case:**

Debtor name    **Tracer Roofing LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2-3-2022          x   *Nicole Carpenter*
                                    Signature of individual signing on behalf of debtor

                                    **Nicole Carpenter**
                                    Printed name

                                    **Managing Member**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Tracer Roofing LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ABC Supply Co.** **1 ABC Pkwy** **Beloit, WI 53511** | | | **Disputed** | | | **$2,128,191.84** |
| **American Funding Services** **2062 New Castle Ave # A** **New Castle, DE 19720** | **info@americanfundingservices.com** | | **Contingent Unliquidated Disputed** | | | **$500,000.00** |
| **Barnard & Fifth Capital Group LLC** **1573 Broadway** **Hewlett, NY 11557** | | | **Contingent Unliquidated Disputed** | | | **$410,000.00** |
| **BMF Advance. LLC** **1022 Avenue M** **Brooklyn, NY 11230** | | | **Contingent Unliquidated Disputed** | | | **$610,000.00** |
| **Breakout Capital, LLC** **1451 Dolley Blvd.** **Suite 200** **Mc Lean, VA 22101** | | | **Contingent Unliquidated Disputed** | | | **$500,000.00** |
| **Breakout Capital, LLC** **1451 Dolley Blvd.** **Suite 200** **Mc Lean, VA 22101** | | | **Contingent Unliquidated Disputed** | | | **$500,000.00** |
| **Capital Dude, LLC** **79 Madison Ave** **8th Floor** **New York, NY 10016** | | | **Contingent Unliquidated Disputed** | | | **$300,000.00** |
| **Consistent Funding** **1108 Kane Concourse** **Suite 210** **Miami Beach, FL 33154** | | | **Contingent Unliquidated Disputed** | | | **$400,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Tracer Roofing LLC**                                      Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Diverse Capital LLC**<br>**750 Main Street**<br>**Suite 906**<br>**Hartford, CT 06103** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$500,000.00** |
| **EIN Cap, Inc.**<br>**40 Wall Street**<br>**Suite 2304**<br>**New York, NY 10005** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$695,000.00** |
| **Goat Advance LLC** | reconciliation@gaf unding.com | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$450,000.00** |
| **Gold Capital USA**<br>**90 State Street**<br>**Suite 700 Office 40**<br>**Albany, NY 12207** | reconciliations@go ldcapitalusa.com | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$400,000.00** |
| **Kingdom Kapital**<br>**155 Lincoln Avenue**<br>**Dover, NJ 07801** | reconciliations@bu sinessfundcorp.co m | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$400,000.00** |
| **Legend Advance Funding II, LLC**<br>**800 Brickell Avenue**<br>**Suite 1502**<br>**Miami, FL 33131** | contracts@legendf unfing.com | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$350,000.00** |
| **LGI Homes, Inc.**<br>**1450 Lake Robbins Dr.**<br>**Suite 430**<br>**The Woodlands, TX 77380** | | | **Disputed** | | | **$1,500,000.00** |
| **Libertas Funding LLC**<br>**382 Greenwich Avenue**<br>**Suite 2 - 2nd Floor**<br>**Greenwich, CT 06380** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$1,000,000.00** |
| **Meged Funding Group Corp.**<br>**12 Zeck Court**<br>**Suffern, NY 10901** | moshe@megedfun ding.com | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$400,000.00** |
| **NewCo Capital Group**<br>**90 Broad Street**<br>**Suite 903**<br>**New York, NY 10004** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$500,000.00** |
| **Small Business Administration**<br>**409 3rd St, SW**<br>**Washington, DC 20416** | | | **Disputed** | | | **$655,000.00** |

Debtor  **Tracer Roofing LLC**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Tracer Window & Door LLC**<br>**2116 N. 81st Street Circle**<br>**Mesa, AZ 85207** | | | | | | **$300,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Tracer Roofing LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................. $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................. $ _____864,912.86

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................... $ _____864,912.86

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ _____217,374.68

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ _____17,562,457.84

4. **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b

$ _____17,779,832.52

| Fill in this information to identify the case: |
|---|

Debtor name    **Tracer Roofing LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **National Bank Arizona** | checking | 9051 | $614.11 |
| 3.2. | **Level One Bank** | Checking | 4044 | $472.89 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,087.00 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Debtor  **Tracer Roofing LLC**                                  Case number *(If known)* _____
_____
Name

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **346,455.00** | - | **60,531.31** | =.... | **$285,923.69** |
| | face amount | | doubtful or uncollectible accounts | | |

| | | | | | |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | **299,609.84** | - | **128,916.21** | =.... | **$170,693.63** |
| | face amount | | doubtful or uncollectible accounts | | |

| | | |
|---|---|---|
| 12. | **Total of Part 3.** | **$456,617.32** |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Computers, desk, printer** | **$1,500.00** | **N/A** | **$1,500.00** |
| 40. **Office fixtures** **Misceleaneous office fixtures** | **$500.00** | **N/A** | **$500.00** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| | | |
|---|---|---|
| 43. | **Total of Part 7.** | **$2,000.00** |
| | Add lines 39 through 42.  Copy the total to line 86. | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor      **Tracer Roofing LLC**                                    Case number *(If known)* _____
                 Name

44.      **Is a depreciation schedule available for any of the property listed in Part 7?**
         ■ No
         ☐ Yes

45.      **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**      **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2019 F350** | $62,872.00 | Kelly Blue Book | $62,872.00 |
| 47.2.   **2019 F250** | $45,518.00 | Kelly Blue Book | $45,518.00 |
| 47.3.   **Trailer Model: 14GN-20BK+5MR** | $0.00 | | $8,251.75 |

48.      **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
         floating homes, personal watercraft, and fishing vessels

49.      **Aircraft and accessories**

50.      **Other machinery, fixtures, and equipment (excluding farm
         machinery and equipment)**

51.      **Total of Part 8.**                                                      | $116,641.75 |
         Add lines 47 through 50.  Copy the total to line 87.

52.      **Is a depreciation schedule available for any of the property listed in Part 8?**
         ■ No
         ☐ Yes

53.      **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Debtor   **Tracer Roofing LLC**                                      Case number *(If known)* _____
Name

| Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1. | **Leased Property 233 W. Mission Lane, Phoenix AZ, 85021** | | **$0.00** | **$0.00** |
| 55.2. | **Leased Property 1714 Rotary Drive, Humble TX, 77338** | | **$0.00** | **$0.00** |

56.   **Total of Part 9.**                                                                                        **$0.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71.   **Notes receivable**
Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor      **Tracer Roofing LLC**                                    Case number *(If known)* _____
            Name

| **Arizona Division Sale among Tracer Roofing LLC and Tracer Roofing of Arizona LLC** | **$288,566.79** |

78.    **Total of Part 11.**                                                          **$288,566.79**
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Tracer Roofing LLC**                                          Case number *(If known)* _____
          Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,087.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $456,617.32 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $116,641.75 | |
| 88. **Real property.** *Copy line 56, Part 9* ...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $288,566.79 | |
| 91. **Total.** Add lines 80 through 90 for each column | $864,912.86 | + 91b.  $0.00 |

92.  **Total of all property on Schedule A/B.** Add lines 91a+91b=92                                $864,912.86

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name      **Tracer Roofing LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
     amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

| 2.1 | **Crestmark Vendor Finance** | | |
|---|---|---|---|
| | Creditor's Name | | |

**5480 Corporate Drive #350**
**Troy, MI 48098**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**06/19/2020**
**Last 4 digits of account number**
**P967**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Car Note.**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$59,122.93  |  $0.00

| 2.2 | **LendSpark Corporation** | | |
|---|---|---|---|
| | Creditor's Name | | |

**2554 Gateway Road**
**Carlsbad, CA 92009**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**07/07/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Trailer Note.**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$8,251.75  |  $8,251.75

Official Form 206D              **Schedule D: Creditors Who Have Claims Secured by Property**                    page 1 of 2

Debtor   **Tracer Roofing LLC**                                    Case number (if known) _____
_____
Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Small Business Administration** |
|---|---|

Creditor's Name

**409 3rd St, SW
Washington, DC 20416**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred
06/05/2020**

**Last 4 digits of account number
7801**

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Accounts receivable.**                      $150,000.00          $0.00

_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**

- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.       $217,374.68

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name     **Tracer Roofing LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF TEXAS

Case number (if known)     _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:     List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,128,191.84** |
|---|---|---|---|
| | **ABC Supply Co.**<br>**1 ABC Pkwy**<br>**Beloit, WI 53511** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|
| | **AJ Equity Group LLC**<br>**1648 61st Street**<br>**Brooklyn, NY 11204** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  07/15/2021 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$220,000.00** |
|---|---|---|---|
| | **Alva Advance LLC**<br>**300 Arthur Gofrey Road**<br>**Suite 201A**<br>**Miami Beach, FL 33140** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  07/29/2021 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|
| | **American Express**<br>**200  Vesey Street**<br>**New York, NY 10285** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **Tracer Roofing LLC** _____     Case number *(if known)* _____
　　　　　　Name

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |

**American Funding Services**
**2062 New Castle Ave # A**
**New Castle, DE 19720**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  05/20/2021
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500,000.00** |
|---|---|---|

**American Funding Services**
**2062 New Castle Ave # A**
**New Castle, DE 19720**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  6/17/2021
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|

**Associated Bank**
**PO Box 790408**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
|---|---|---|

**Bank of America, N.A.**
**100 North Tryon Street**
**Charlotte, NC 28255**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  2933

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$410,000.00** |
|---|---|---|

**Barnard & Fifth Capital Group LLC**
**1573 Broadway**
**Hewlett, NY 11557**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  07/15/2021
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|

**BlueVine**
**401 Warren Street**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  06/2021
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$610,000.00** |
|---|---|---|

**BMF Advance. LLC**
**1022 Avenue M**
**Brooklyn, NY 11230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  07/19/2021
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Tracer Roofing LLC**     Case number *(if known)* _____
     Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500,000.00** |
|---|---|---|---|

**Breakout Capital, LLC**
**1451 Dolley Blvd.**
**Suite 200**
**Mc Lean, VA 22101**

Date(s) debt was incurred  08/24/2021

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500,000.00** |
|---|---|---|---|

**Breakout Capital, LLC**
**1451 Dolley Blvd.**
**Suite 200**
**Mc Lean, VA 22101**

Date(s) debt was incurred  08/24/2021

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00** |
|---|---|---|---|

**Capital Dude, LLC**
**79 Madison Ave**
**8th Floor**
**New York, NY 10016**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,813.72** |
|---|---|---|---|

**Chase Bank, N.A.**
**270 Park Avenue**
**31st Floor**
**New York, NY 10017**

Date(s) debt was incurred __

Last 4 digits of account number  9393

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,501.79** |
|---|---|---|---|

**Chase Bank, N.A.**
**270 Park Avenue**
**31st Floor**
**New York, NY 10017**

Date(s) debt was incurred __

Last 4 digits of account number  5475

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$210,000.00** |
|---|---|---|---|

**Cobalt Funding Solutions**
**99 Wall Street**
**New York, NY 10005**

Date(s) debt was incurred  07/19/2021

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |
|---|---|---|---|

**Cobalt Funding Solutions**
**99 Wall Street**
**New York, NY 10005**

Date(s) debt was incurred  04/29/2021

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

Debtor **Tracer Roofing LLC**
_____
Name

Case number (if known) _____

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400,000.00** |
|---|---|---|---|

**Consistent Funding**
**1108 Kane Concourse**
**Suite 210**
**Miami Beach, FL 33154**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  07/29/2021

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Desert Financial Credit Union**
**148 N. 48th Street**
**Phoenix, AZ 85034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00** |
|---|---|---|---|

**Diamond Stone Funding**
**1 Paragon Drive**
**Montivale, NJ 07615**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  07/22/2021

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|

**Diverse Capital**
**101 Chase Avenue**
**Suite 207-208**
**Lakewood, NJ 08701**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  07/28/2021

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500,000.00** |
|---|---|---|---|

**Diverse Capital LLC**
**750 Main Street**
**Suite 906**
**Hartford, CT 06103**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  06/21/2021

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$180,000.00** |
|---|---|---|---|

**Dream Finders Homes**
**14701 Philips Highway**
**Suite #300**
**Jacksonville, FL 32256**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$695,000.00** |
|---|---|---|---|

**EIN Cap, Inc.**
**40 Wall Street**
**Suite 2304**
**New York, NY 10005**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  08/06/2021

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor  **Tracer Roofing LLC**                                   Case number *(if known)* _____

Name

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Flagstar Bank**
**5151 Corporate Drive**
**Troy, MI 48098**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$265,000.00** |

**Fresh Funding**
**42 Broadway**
**Suite 1815**
**New York, NY 10004**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  07/27/2021

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |

**Goat Advance LLC**
**90 State Street**
**Suite 700 Box 10**
**Albany, NY 12207**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  04/29/2021

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450,000.00** |

**Goat Advance LLC**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  06/29/2021

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400,000.00** |

**Gold Capital USA**
**90 State Street**
**Suite 700 Office 40**
**Albany, NY 12207**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  07/07/2021

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |

**Harper Advance**
**516 Larchmont Blvd**
**Los Angeles, CA 90004**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  07/29/2021

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00** |

**Harper Advance**
**516 Larchmont Blvd**
**Los Angeles, CA 90004**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  04/13/2021

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor   **Tracer Roofing LLC**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>Harper Advance<br>516 Larchmont Blvd<br>Los Angeles, CA 90004<br><br>Date(s) debt was incurred  03/08/2021<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$300,000.00** |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>Kabbage<br>730 Peachtree NE<br>Suite 1100<br>Atlanta, GA 30308<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$30,000.00** |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>Kingdom Kapital<br>155 Lincoln Avenue<br>Dover, NJ 07801<br><br>Date(s) debt was incurred  06/25/2021<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$400,000.00** |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>Legend Advance Funding II, LLC<br>800 Brickell Avenue Suite 1502<br>Miami, FL 33131<br><br>Date(s) debt was incurred  08/03/2021<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$350,000.00** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>Lennar Homes<br>9193 S. Jamaica St.<br>Englewood, CO 80112<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$150,000.00** |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>LGI Homes, Inc.<br>1450 Lake Robbins Dr.<br>Suite 430<br>The Woodlands, TX 77380<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,500,000.00** |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>Libertas Funding LLC<br>382 Greenwich Avenue<br>Suite 2 - 2nd Floor<br>Greenwich, CT 06380<br><br>Date(s) debt was incurred  01/27/2021<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,000,000.00** |

Debtor **Tracer Roofing LLC**                                     Case number *(if known)* _____
_____
Name

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------------|

**LoanMe, Inc.**
**1900 S. State College Blvd.**
**Suite 300**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **02/20/2019**

Basis for the claim: __

Last 4 digits of account number  **8747**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400,000.00** |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------------|

**Meged Funding Group Corp.**
**12 Zeck Court**
**Suffern, NY 10901**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  **08/18/2021**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,950.49** |
|------|--------------------------------------------------|--------------------------------------------------------------------|----------------|

**Metal Roofing Solutions**
**6225 W. 48th Ave**
**Suite 301**
**Wheat Ridge, CO 80033**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **11/04/2021**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------------|

**MR Advance**
**35-12 19th Avenue**
**Suite 3W**
**Astoria, NY 11105**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  **07/27/2021**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500,000.00** |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------------|

**NewCo Capital Group**
**90 Broad Street**
**Suite 903**
**New York, NY 10004**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  **05/17/2021**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85,000.00** |
|------|--------------------------------------------------|--------------------------------------------------------------------|----------------|

**Nicole Carpenter**
**2116 N. 81st St. Circle**
**Mesa, AZ 85207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2017**

Basis for the claim: __

Last 4 digits of account number  **2043**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,000.00** |
|------|--------------------------------------------------|--------------------------------------------------------------------|----------------|

**Quality Metals**
**2707 Castroville Rd.**
**San Antonio, TX 78237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **Tracer Roofing LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Richard Carpenter**
**2116 N. 81st Circle**
**Mesa, AZ 85207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Slate Advance**
**15 America Avenue**
**Suite 303**
**Lakewood, NJ 08701**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  06/14/2021

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$655,000.00** |
|---|---|---|---|

**Small Business Administration**
**409 3rd St, SW**
**Washington, DC 20416**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00** |
|---|---|---|---|

**Tracer Window & Door LLC**
**2116 N. 81st Street Circle**
**Mesa, AZ 85207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Unique Funding Solutions LLC**
**71 S. Central Avenue**
**Valley Stream, NY 11580**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  07/21/2021

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**United Rentals**
**100 First Stamford Pl**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**WeFund**
**101 Chase Avenue**
**Suite 207-208**
**Lakewood, NJ 08701**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  06/14/2021

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Tracer Roofing LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |
|---|---|---|---|

**Well's Advance LLC**
**8950 West Olympic Blvd**
**Suite 695**
**Beverly Hills, CA 90211**

Date(s) debt was incurred  8/18/2021

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Wells Fargo & Co.**
**PO Box 3908**
**Portland, OR 97208**

Date(s) debt was incurred  _

Last 4 digits of account number  3638

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  0.00 |
| **5b. Total claims from Part 2** | 5b. + | $  17,562,457.84 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $  17,562,457.84 |

---

**Fill in this information to identify the case:**

Debtor name **Tracer Roofing LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Subcontractor Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Amore Construction Company**<br>**5004 East Fowler**<br>**#C-401**<br>**Tampa, FL 33617-2181** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Subcontractor Agreement re: Floor & Decor project**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Amore Construction Company**<br>**5004 East Fowler**<br>**#C-401**<br>**Tampa, FL 33617-2181** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Master Subcontract Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Axia Contracting LLC**<br>**3245 42nd St. S.**<br>**Suite 200**<br>**Fargo, ND 58104** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **Work Authorization re: Urbaneast Multifamily**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Bartlett Cocke Residential, LLC**<br>**8706 Lockway**<br>**San Antonio, TX 78217** |

Debtor 1   **Tracer Roofing LLC**
_____
First Name          Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease for 2330 West Mission Lane, Suite 14-15, Phoenix, AZ 85021**<br><br><br>**BKM Northwest 119, LLC**<br>**P.O. Box 743561**<br>**Los Angeles, CA 90074-3561** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Subcontract**<br><br><br>**Brownstone Construction, Ltd.**<br>**6517 Mapleridge**<br>**Houston, TX 77081** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Subcontract re: Garland Senior Living project**<br><br><br>**Brownstone Construction, Ltd.**<br>**6517 Mapleridge**<br>**Houston, TX 77081** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Subcontractor Agreement re: Surf Thru Express Car Wash - Austin**<br><br><br>**J.J.O. Construction Southwest, LLC**<br>**P. O. Box 713**<br>**Mentor, OH 44061** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Subcontract re: Scott Street Lofts project**<br><br><br>**Koogler Construction of Texas, LLC**<br>**19501 Little Pine Lane**<br>**Katy, TX 77449** |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **Sublease for 1714 Rotary Drive, Humble, Texas**<br><br><br>**Security Vault Works, Inc.**<br>**122 Lafayette Avenue**<br>**Laurel, MD 20707** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1   **Tracer Roofing LLC**

First Name          Middle Name          Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Work Order re: Plum Creek Surgery Center project** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Structura Inc.**<br>**9517 McNeil Road**<br>**Austin, TX 78758** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract re: Vintage Jones project** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **TDK Construction Co., Inc.**<br>**1610 S. Church Street. Suite C**<br>**Murfreesboro, TN 37130** |

**Fill in this information to identify the case:**

Debtor name **Tracer Roofing LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Crawfords Auto Repair, LLC** | **2116 N. 81st St. Circle Mesa, AZ 85207** | **BMF Advance. LLC** | ☐ D ____ ■ E/F __3.11__ ☐ G ____ |
| 2.2 | **Nicole Carpenter** | **2116 N. 81st St. Circle Mesa, AZ 85207** | **Desert Financial Credit Union** | ☐ D ____ ■ E/F __3.20__ ☐ G ____ |
| 2.3 | **Nicole Carpenter** | **2116 N. 81st St. Circle Mesa, AZ 85207** | **ABC Supply Co.** | ☐ D ____ ■ E/F __3.1__ ☐ G ____ |
| 2.4 | **Nicole Carpenter** | **2116 N. 81st St. Circle Mesa, AZ 85207** | **Alva Advance LLC** | ☐ D ____ ■ E/F __3.3__ ☐ G ____ |
| 2.5 | **Nicole Carpenter** | **2116 N. 81st St. Circle Mesa, AZ 85207** | **Barnard & Fifth Capital Group LLC** | ☐ D ____ ■ E/F __3.9__ ☐ G ____ |

Debtor **Tracer Roofing LLC** _____     Case number *(if known)* _____

| | Additional Page to List More Codebtors |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |

| | | | | |
|---|---|---|---|---|
| 2.6 | **Nicole Carpenter** | **2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **BMF Advance. LLC** | ☐ D _____<br>■ E/F __**3.11**__<br>☐ G _____ |
| 2.7 | **Nicole Carpenter** | **2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **Breakout Capital,**<br>**LLC** | ☐ D _____<br>■ E/F __**3.12**__<br>☐ G _____ |
| 2.8 | **Nicole Carpenter** | **2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **Breakout Capital,**<br>**LLC** | ☐ D _____<br>■ E/F __**3.13**__<br>☐ G _____ |
| 2.9 | **Nicole Carpenter** | **2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **Capital Dude, LLC** | ☐ D _____<br>■ E/F __**3.14**__<br>☐ G _____ |
| 2.10 | **Nicole Carpenter** | **2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **Cobalt Funding**<br>**Solutions** | ☐ D _____<br>■ E/F __**3.17**__<br>☐ G _____ |
| 2.11 | **Nicole Carpenter** | **2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **Cobalt Funding**<br>**Solutions** | ☐ D _____<br>■ E/F __**3.18**__<br>☐ G _____ |
| 2.12 | **Nicole Carpenter** | **2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **Consistent Funding** | ☐ D _____<br>■ E/F __**3.19**__<br>☐ G _____ |
| 2.13 | **Nicole Carpenter** | **2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **Diamond Stone**<br>**Funding** | ☐ D _____<br>■ E/F __**3.21**__<br>☐ G _____ |

Debtor **Tracer Roofing LLC**      Case number *(if known)* _____

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

Column 1: **Codebtor**      Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.14 | **Nicole Carpenter** | **2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **Diverse Capital** | ☐ D _____<br>■ E/F ___**3.22**___<br>☐ G _____ |
| 2.15 | **Nicole Carpenter** | **2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **Diverse Capital LLC** | ☐ D _____<br>■ E/F ___**3.23**___<br>☐ G _____ |
| 2.16 | **Nicole Carpenter** | **2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **EIN Cap, Inc.** | ☐ D _____<br>■ E/F ___**3.25**___<br>☐ G _____ |
| 2.17 | **Nicole Carpenter** | **2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **Fresh Funding** | ☐ D _____<br>■ E/F ___**3.27**___<br>☐ G _____ |
| 2.18 | **Nicole Carpenter** | **2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **Goat Advance LLC** | ☐ D _____<br>■ E/F ___**3.28**___<br>☐ G _____ |
| 2.19 | **Nicole Carpenter** | **2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **Goat Advance LLC** | ☐ D _____<br>■ E/F ___**3.29**___<br>☐ G _____ |
| 2.20 | **Nicole Carpenter** | **2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **Gold Capital USA** | ☐ D _____<br>■ E/F ___**3.30**___<br>☐ G _____ |
| 2.21 | **Nicole Carpenter** | **2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **Harper Advance** | ☐ D _____<br>■ E/F ___**3.31**___<br>☐ G _____ |

Debtor   **Tracer Roofing LLC**                        Case number *(if known)*

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Nicole Carpenter** | **2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **Harper Advance** | ☐ D ____<br>■ E/F ___**3.32**___<br>☐ G ____ |
| 2.23 | **Nicole Carpenter** | **2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **Harper Advance** | ☐ D ____<br>■ E/F ___**3.33**___<br>☐ G ____ |
| 2.24 | **Nicole Carpenter** | **2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **Kingdom Kapital** | ☐ D ____<br>■ E/F ___**3.35**___<br>☐ G ____ |
| 2.25 | **Nicole Carpenter** | **2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **Legend Advance Funding II, LLC** | ☐ D ____<br>■ E/F ___**3.36**___<br>☐ G ____ |
| 2.26 | **Nicole Carpenter** | **2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **Libertas Funding LLC** | ☐ D ____<br>■ E/F ___**3.39**___<br>☐ G ____ |
| 2.27 | **Nicole Carpenter** | **2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **Meged Funding Group Corp.** | ☐ D ____<br>■ E/F ___**3.41**___<br>☐ G ____ |
| 2.28 | **Nicole Carpenter** | **2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **MR Advance** | ☐ D ____<br>■ E/F ___**3.43**___<br>☐ G ____ |
| 2.29 | **Nicole Carpenter** | **2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **NewCo Capital Group** | ☐ D ____<br>■ E/F ___**3.44**___<br>☐ G ____ |

Debtor    **Tracer Roofing LLC**    Case number *(if known)* _____

<table>
<tr><td colspan="2">■ <strong>Additional Page to List More Codebtors</strong></td></tr>
<tr><td colspan="2">Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.</td></tr>
<tr><td>Column 1: <strong>Codebtor</strong></td><td>Column 2: <strong>Creditor</strong></td></tr>
</table>

| | Codebtor | Address | Creditor | Schedule |
|---|---|---|---|---|
| 2.30 | Nicole Carpenter | 2116 N. 81st St. Circle<br>Mesa, AZ 85207 | Slate Advance | ☐ D ____<br>■ E/F __3.48__<br>☐ G ____ |
| 2.31 | Nicole Carpenter | 2116 N. 81st St. Circle<br>Mesa, AZ 85207 | Unique Funding Solutions LLC | ☐ D ____<br>■ E/F __3.51__<br>☐ G ____ |
| 2.32 | Nicole Carpenter | 2116 N. 81st St. Circle<br>Mesa, AZ 85207 | WeFund | ☐ D ____<br>■ E/F __3.53__<br>☐ G ____ |
| 2.33 | Nicole L. Carpenter | | American Funding Services | ☐ D ____<br>■ E/F __3.5__<br>☐ G ____ |
| 2.34 | Nicole L. Carpenter | | American Funding Services | ☐ D ____<br>■ E/F __3.6__<br>☐ G ____ |
| 2.35 | Richard Carpenter | 2116 N. 81st Circle<br>Mesa, AZ 85207 | Desert Financial Credit Union | ☐ D ____<br>■ E/F __3.20__<br>☐ G ____ |
| 2.36 | Tracer Energy LLC | 2116 N. 81st St. Circle<br>Mesa, AZ 85207 | BMF Advance. LLC | ☐ D ____<br>■ E/F __3.11__<br>☐ G ____ |
| 2.37 | Tracer Energy LLC | 2116 N. 81st Street Circle<br>Mesa, AZ 85207 | Diverse Capital | ☐ D ____<br>■ E/F __3.22__<br>☐ G ____ |

Debtor  **Tracer Roofing LLC**                                         Case number *(if known)* _____

---

■  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|

| 2.38 | **Tracer Energy LLC** | **2116 81st Cir**<br>**Mesa, AZ 85207** | **Harper Advance** | ☐ D _____<br>■ E/F  **3.31**<br>☐ G _____ |
|---|---|---|---|---|
| 2.39 | **Tracer Energy LLC** | **2116 N. 81st Street Circle**<br>**Mesa, AZ 85205** | **Harper Advance** | ☐ D _____<br>■ E/F  **3.32**<br>☐ G _____ |
| 2.40 | **Tracer Energy LLC** | **2116 N 81st Circle**<br>**Mesa, AZ 85205** | **Legend Advance Funding II, LLC** | ☐ D _____<br>■ E/F  **3.36**<br>☐ G _____ |
| 2.41 | **Tracer Energy, LLC** | **2116 N. 81st Street Circle**<br>**Mesa, AZ 85205** | **Harper Advance** | ☐ D _____<br>■ E/F  **3.33**<br>☐ G _____ |
| 2.42 | **Tracer Window & Door LLC** | **2116 N. 81st Street Circle**<br>**Mesa, AZ 85207** | **ABC Supply Co.** | ☐ D _____<br>■ E/F  **3.1**<br>☐ G _____ |
| 2.43 | **Tracer Window & Door LLC** | **2116 N. 81st Street Circle**<br>**Mesa, AZ 85207** | **Alva Advance LLC** | ☐ D _____<br>■ E/F  **3.3**<br>☐ G _____ |
| 2.44 | **Tracer Window & Door LLC** | **2116 N. 81st Street Circle**<br>**Mesa, AZ 85207** | **Barnard & Fifth Capital Group LLC** | ☐ D _____<br>■ E/F  **3.9**<br>☐ G _____ |
| 2.45 | **Tracer Window & Door LLC** | **2116 N. 81st Street Circle**<br>**Mesa, AZ 85207** | **BMF Advance. LLC** | ☐ D _____<br>■ E/F  **3.11**<br>☐ G _____ |

Debtor  **Tracer Roofing LLC** _____  Case number *(if known)* _____

▌ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.46 **Tracer Window & Door LLC** | **2116 N. 81st Street Circle Mesa, AZ 85207** | **Consistent Funding** | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |
| 2.47 **Tracer Window & Door LLC** | **2116 N. 81st Street Circle Mesa, AZ 85207** | **Diverse Capital** | ☐ D _____<br>■ E/F ___3.22___<br>☐ G _____ |
| 2.48 **Tracer Window & Door LLC** | **2116 N. 81st Street Circle Mesa, AZ 85207** | **EIN Cap, Inc.** | ☐ D _____<br>■ E/F ___3.25___<br>☐ G _____ |
| 2.49 **Tracer Window & Door LLC** | **2116 N. 81st Street Circle Mesa, AZ 85207** | **Fresh Funding** | ☐ D _____<br>■ E/F ___3.27___<br>☐ G _____ |
| 2.50 **Tracer Window & Door LLC** | **2116 N. 81st Street Circle Mesa, AZ 85207** | **Harper Advance** | ☐ D _____<br>■ E/F ___3.31___<br>☐ G _____ |
| 2.51 **Tracer Window & Door LLC** | **2116 N. 81st Street Circle Mesa, AZ 85207** | **Harper Advance** | ☐ D _____<br>■ E/F ___3.32___<br>☐ G _____ |
| 2.52 **Tracer Window & Door LLC** | **2116 N. 81st Street Circle Mesa, AZ 85207** | **Harper Advance** | ☐ D _____<br>■ E/F ___3.33___<br>☐ G _____ |
| 2.53 **Tracer Window & Door LLC** | **2116 N. 81st Street Circle Mesa, AZ 85207** | **Libertas Funding LLC** | ☐ D _____<br>■ E/F ___3.39___<br>☐ G _____ |

Debtor    **Tracer Roofing LLC** _____     Case number *(if known)* _____

| Additional Page to List More Codebtors |
| --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| 2.54 | **Tracer Window + Door LLC** | **2116 N. 81st Cir Mesa, AZ 85207** | **American Funding Services** | ☐ D _____ ☒ E/F __3.5__ ☐ G _____ |
| 2.55 | **Tracer Window + Door LLC** | **2116 N. 81st Cir Mesa, AZ 85207** | **American Funding Services** | ☐ D _____ ☒ E/F __3.6__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Tracer Roofing LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**  **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $403,195.52 |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | $20,248,342.54 |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | $15,909,054.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

Debtor    **Tracer Roofing LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **Tracer Roofing of Arizona LLC**<br>**2330 West Mission Lane**<br>**Unit 14**<br>**Phoenix, AZ 85021** | | **$35,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **NewCo Capital Group v. Tracer Roofing, LLC**<br>**130591-2021** | **Merchant Cash Advance debt.** | **King County Supreme Court**<br>**360 Adams St #4**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.    **Fresh Funding Solutions v. Tracer Roofing**<br>**526613-2021** | **Merchant Cash Advance debt.** | **King County Supreme Court**<br>**360 Adams St #4**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.    **Kingdom Kapital v. Tracer Roofing**<br>**501003-2022** | **Merchant Cash Advance debt.** | **King County Supreme Court**<br>**360 Adams St #4**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor   **Tracer Roofing LLC**                                      Case number *(if known)*

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **AJ Equity v. Tracer Roofing 501172-2022** | | **King County Supreme Court 360 Adams St #4 Brooklyn, NY 11201** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. | **Austin Business Finance v. Tracer Roofing 0-1-GN-21-005368** | | **Travis County District Court** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.6. | **American Builders & Contractors Supply Co. Inc. v. Tracer Roofing LLC, Nicole Carpenter, and Richard Carpenter CV2021-019044** | | | ■ Pending ☐ On appeal ☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**   **Certain Payments or Transfers**

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Tracer Roofing LLC**                                    Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **White and Williams LLP**<br>**1650 Market Street**<br>**Suite 1800, One Liberty Place**<br>**Philadelphia, PA 19103-7395** | | **September 2021** | **$100,000.00** |
| Email or website address<br>**whiteandwilliams.com** | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **2116 N 81st Circle**<br>**Mesa, AZ 85207** | **2017-Present** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

Debtor   **Tracer Roofing LLC**                                          Case number *(if known)*   _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ◼ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ◼ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Chase Bank, N.A.<br>5624 E Mckellips<br>Mesa, AZ 85215 | XXXX-7233 | ◼ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | August 2021 | $0.00 |
| 18.2. | Chase Bank, N.A.<br>5624 E Mckellips<br>Mesa, AZ 85215 | XXXX-0637 | ◼ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | August 2021 | $0.00 |
| 18.3. | Chase Bank, N.A.<br>5624 E Mckellips<br>Mesa, AZ 85215 | XXXX-0652 | ◼ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | August 2021 | $0.00 |
| 18.4. | Chase Bank, N.A.<br>5624 E Mckellips<br>Mesa, AZ 85215 | XXXX-2970 | ◼ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | August 2021 | $0.00 |
| 18.5. | Wells Fargo<br>4525 E. Mckellips<br>Mesa, AZ 85215 | XXXX-5006 | ◼ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | January 2022 | $0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Tracer Roofing LLC**                                    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.6. | **Wells Fargo**<br>5624 E Mckellips<br>Mesa, AZ 85215 | **XXXX-5014** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **January 2022** | **$0.00** |
| 18.7. | **Wells Fargo**<br>5624 E Mckellips<br>Mesa, AZ 85215 | **XXXX-6523** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **January 2022** | **$0.00** |
| 18.8. | **Wells Fargo**<br>5624 E Mckellips<br>Mesa, AZ 85215 | **XXXX-3578** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **January 2022** | **$0.00** |
| 18.9. | **Wells Fargo**<br>5624 E Mckellips<br>Mesa, AZ 85215 | **XXXX-0247** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **January 2022** | **$0.00** |
| 18.10. | **Wells Fargo**<br>5624 E Mckellips<br>Mesa, AZ 85215 | **XXXX-2043** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **January 2022** | **$0.00** |
| 18.11. | **Wells Fargo**<br>5624 E Mckellips<br>Mesa, AZ 85215 | **XXXX-8267** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **January 2022** | **$0.00** |
| 18.12. | **Desert Financial Credit Union**<br>148 N. 48th Street<br>Phoenix, AZ 85034 | **XXXX-7735** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **January 2022** | **$0.00** |
| 18.13. | **Desert Financial Credit Union**<br>148 N. 48th Street<br>Phoenix, AZ 85034 | **XXXX-7287** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **January 2022** | **$0.00** |

Debtor   **Tracer Roofing LLC**                                       Case number *(if known)*

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.14. | **Desert Financial Credit Union**<br>**148 N. 48th Street**<br>**Phoenix, AZ 85034** | **XXXX-7737** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **January 2022** | **$0.00** |
| 18.15. | **Mountain America Credit Union**<br>**9800 South Monroe St**<br>**Sandy, UT 84070** | **XXXX-0352** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **January 2022** | **$0.00** |
| 18.16. | **Mountain America Credit Union**<br>**9800 South Monroe St**<br>**Sandy, UT 84070** | **XXXX-0406** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **January 2022** | **$0.00** |
| 18.17. | **Mountain America Credit Union**<br>**9800 South Monroe St**<br>**Sandy, UT 84070** | **XXXX-2838** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **January 2022** | **$0.00** |
| 18.18. | **Mountain America Credit Union**<br>**9800 South Monroe St**<br>**Sandy, UT 84070** | **XXXX-2829** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **January 2021** | **$0.00** |
| 18.19. | **Mountain America Credit Union**<br>**9800 South Monroe St**<br>**Sandy, UT 84070** | **XXXX-7876** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **January 2022** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Tracer Roofing LLC**                                          Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

---

Debtor    **Tracer Roofing LLC**                                    Case number *(if known)*

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ■ None

   | Name and address | Date of service From-To |
   |---|---|
   |  |  |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

   | Name and address | If any books of account and records are unavailable, explain why |
   |---|---|
   |  |  |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ■ None

   | Name and address |
   |---|
   |  |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

   | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
   |---|---|---|
   |  |  |  |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

   | Name | Address | Position and nature of any interest | % of interest, if any |
   |---|---|---|---|
   | Richard Carpenter | 2116 N. 81st St. Circle Mesa, AZ 85207 | Chief Executive Officer (CEO) |  |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

Debtor   **Tracer Roofing LLC**                                            Case number (if known)

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **Nicole Carpenter**<br>**2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **$156,000**<br>**Yearly Salary.** | | |
| | **Relationship to debtor**<br>**Owner and CEO** | | | |
| 30.2 | **Richard Carpenter**<br>**2116 N. 81st St. Circle**<br>**Mesa, AZ 85207** | **$156,000**<br>**Yearly Salary.** | | |
| | **Relationship to debtor**<br>**CEO** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                    **Employer Identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the pension fund**                         **Employer Identification number of the parent corporation**

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *2-3-22*

*Nicole Carpenter*                              **Nicole Carpenter**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**United States Bankruptcy Court**
**Southern District of Texas**

In re   **Tracer Roofing LLC**
_____
                                    Debtor(s)

Case No. _____
Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Nicole Carpenter<br>2116 N. 81st St. Circle<br>Mesa, AZ 85207** | **Sole Member** | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   _2-3-2022_

Signature   _Nicole Carpenter_
               **Nicole Carpenter**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

### United States Bankruptcy Court
#### Southern District of Texas

In re   **Tracer Roofing LLC**

Debtor(s)

Case No.

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   *2-3-2022*

*Nicole Carpenter*

**Nicole Carpenter/Managing Member**
Signer/Title

ABC Supply Co.
1 ABC Pkwy
Beloit, WI 53511


AJ Equity Group LLC
1648 61st Street
Brooklyn, NY 11204


Alva Advance LLC
300 Arthur Gofrey Road
Suite 201A
Miami Beach, FL 33140


American Express
200  Vesey Street
New York, NY 10285


American Funding Services
2062 New Castle Ave # A
New Castle, DE 19720


Amore Construction Company
5004 East Fowler
#C-401
Tampa, FL 33617-2181


Associated Bank
PO Box 790408
Saint Louis, MO 63179


Axia Contracting LLC
3245 42nd St. S.
Suite 200
Fargo, ND 58104

Bank of America, N.A.
100 North Tryon Street
Charlotte, NC 28255


Barnard & Fifth Capital Group LLC
1573 Broadway
Hewlett, NY 11557


Bartlett Cocke Residential, LLC
8706 Lockway
San Antonio, TX 78217


BKM Northwest 119, LLC
P.O. Box 743561
Los Angeles, CA 90074-3561


BlueVine
401 Warren Street
Redwood City, CA 94063


BMF Advance. LLC
1022 Avenue M
Brooklyn, NY 11230


Breakout Capital, LLC
1451 Dolley Blvd.
Suite 200
Mc Lean, VA 22101


Brownstone Construction, Ltd.
6517 Mapleridge
Houston, TX 77081

Capital Dude, LLC
79 Madison Ave
8th Floor
New York, NY 10016


Chase Bank, N.A.
270 Park Avenue
31st Floor
New York, NY 10017


Cobalt Funding Solutions
99 Wall Street
New York, NY 10005


Consistent Funding
1108 Kane Concourse
Suite 210
Miami Beach, FL 33154


Crawfords Auto Repair, LLC
2116 N. 81st St. Circle
Mesa, AZ 85207


Crestmark Vendor Finance
5480 Corporate Drive
#350
Troy, MI 48098


Desert Financial Credit Union
148 N. 48th Street
Phoenix, AZ 85034


Diamond Stone Funding
1 Paragon Drive
Montivale, NJ 07615

Diverse Capital
101 Chase Avenue
Suite 207-208
Lakewood, NJ 08701


Diverse Capital LLC
750 Main Street
Suite 906
Hartford, CT 06103


Dream Finders Homes
14701 Philips Highway
Suite #300
Jacksonville, FL 32256


EIN Cap, Inc.
40 Wall Street
Suite 2304
New York, NY 10005


Flagstar Bank
5151 Corporate Drive
Troy, MI 48098


Fresh Funding
42 Broadway
Suite 1815
New York, NY 10004


Goat Advance LLC
90 State Street
Suite 700 Box 10
Albany, NY 12207


Gold Capital USA
90 State Street
Suite 700 Office 40
Albany, NY 12207

Harper Advance
516 Larchmont Blvd
Los Angeles, CA 90004


J.J.O. Construction Southwest, LLC
P. O. Box 713
Mentor, OH 44061


Kabbage
730 Peachtree NE
Suite 1100
Atlanta, GA 30308


Kingdom Kapital
155 Lincoln Avenue
Dover, NJ 07801


Koogler Construction of Texas, LLC
19501 Little Pine Lane
Katy, TX 77449


Legend Advance Funding II, LLC
800 Brickell Avenue Suite 1502
Miami, FL 33131


LendSpark Corporation
2554 Gateway Road
Carlsbad, CA 92009


Lennar Homes
9193 S. Jamaica St.
Englewood, CO 80112

LGI Homes, Inc.
1450 Lake Robbins Dr.
Suite 430
The Woodlands, TX 77380


Libertas Funding LLC
382 Greenwich Avenue
Suite 2 - 2nd Floor
Greenwich, CT 06380


LoanMe, Inc.
1900 S. State College Blvd.
Suite 300
Anaheim, CA 92806


Meged Funding Group Corp.
12 Zeck Court
Suffern, NY 10901


Metal Roofing Solutions
6225 W. 48th Ave
Suite 301
Wheat Ridge, CO 80033


MR Advance
35-12 19th Avenue
Suite 3W
Astoria, NY 11105


NewCo Capital Group
90 Broad Street
Suite 903
New York, NY 10004


Nicole Carpenter
2116 N. 81st St. Circle
Mesa, AZ 85207

Nicole L. Carpenter

Quality Metals
2707 Castroville Rd.
San Antonio, TX 78237

Richard Carpenter
2116 N. 81st Circle
Mesa, AZ 85207

Security Vault Works, Inc.
122 Lafayette Avenue
Laurel, MD 20707

Slate Advance
15 America Avenue
Suite 303
Lakewood, NJ 08701

Small Business Administration
409 3rd St, SW
Washington, DC 20416

Structura Inc.
9517 McNeil Road
Austin, TX 78758

TDK Construction Co., Inc.
1610 S. Church Street. Suite C
Murfreesboro, TN 37130

Tracer Energy LLC
2116 N 81st Circle
Mesa, AZ 85205


Tracer Energy, LLC
2116 N. 81st Street Circle
Mesa, AZ 85205


Tracer Window & Door LLC
2116 N. 81st Street Circle
Mesa, AZ 85207


Tracer Window + Door LLC
2116 N. 81st Cir
Mesa, AZ 85207


Unique Funding Solutions LLC
71 S. Central Avenue
Valley Stream, NY 11580


United Rentals
100 First Stamford PI
Stamford, CT 06902


WeFund
101 Chase Avenue
Suite 207-208
Lakewood, NJ 08701


Well's Advance LLC
8950 West Olympic Blvd
Suite 695
Beverly Hills, CA 90211

Wells Fargo & Co.
PO Box 3908
Portland, OR 97208