UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-30314 |
| | § | |
| TRACER ROOFING LLC | § | |
| | § | |
| Debtor(s) | § | Chapter 7 |

## NOTICE OF ABANDONMENT

IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING, AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN 14 DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF.

In accordance with Bankruptcy Rule 6007 and pursuant to 11 U.S.C. §554(a), notice is hereby given that Eva S. Engelhart, Trustee of the above referenced bankruptcy estate, intends to and will abandon the estate's interest in:

1. Lease 40372549 – Varimat Overlap Welder
2. 2018 LGS Look Trailer Vin # 53BLTEA29JF024797
3. 2018 LGS Look Trailer Vin # 53BLTEA2XJF024792
4. 2020 LGS Look Trailer Vin # 53BLTEA21LF034002
5. 2020 Big Tex Trailer Vin # 1UFGN2420LT004585
6. 2020 Kubota Skidsteer Vin # KBCC0752PK1G45447
7. 2019 F250 Vin # 1FT7W2B69KED83811
8. 2020 Big Tex Trailer Vin # 16V3F3323M6012905
9. 2019 F350 Vin # 1FDRF3HT4KDA27473
10. Small utility trailer
11. All assets located at 2320 W. Mission Lane #14-15 Phoenix AZ 85021
12. All assets located at 1714 Rotary Dr. Humble, Texas 77338

These assets are fully encumbered with little to no equity for the estate to realize.

The bankruptcy estate is also abandoning the accounts receivables due from all outstanding debtor construction projects, including, but not limited to:

1. Harmony at Tucker
2. Bubble Island
3. Unifirst
4. Scott Street Lofts
5. Lake Waco
6. Beaumont Village
7. Chase Bank
8. Adam Homes

      9. Parkwood Homes
     10. Plum Creek
     11. Floor N Décor
     12. McKee City Living
     13. Eventide
     14. Cadence McShane
     15. Williams Field Highschool job
     16. Lennar in Colorado
     17. Willie's Ice House
     18. Vintage Jones

All project receivables have potential liens from over ten account receivable creditors and the Small Business Administration. Most projects either require completion, or inspection, some combination of the two, or there exist other outstanding issues. There is little to no opportunity for the bankruptcy estate to collect any funds without seeking to operate the debtor. However, even if a receivable is actually paid, it is potentially liened. The adjudication of the lien rights with the receivables creditors is uncertain and may cost the estate more than the realized value of the receivables. Plus, the SBA asserted a blanket UCC lien against all receivables.

As such, the bankruptcy estate is best served by abandoning the assets referenced in this Notice of Abandonment.

Dated: April 13, 2022.

Respectfully submitted,

Ross, Banks, May, Cron & Cavin, P.C.

/S:/ EVA S. ENGELHART
Eva S. Engelhart - #00796513
Chapter 7 Trustee
7700 San Felipe, Suite 550
Houston, Texas 77063
Tel: 713-626-1200
Fax: 713-623-6014
Email: eengelhart@rossbanks.com