UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-30314 |
| | § | |
| TRACER ROOFING LLC | § | |
| | § | |
| Debtor(s) | § | Chapter 7 |

## NOTICE OF ABANDONMENT

IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING, AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN 14 DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF.

In accordance with Bankruptcy Rule 6007 and pursuant to 11 U.S.C. §554(a), notice is hereby given that Eva S. Engelhart, Trustee of the above referenced bankruptcy estate, intends to and will abandon the estate's interest in:

Adversary Proceeding, #20-03440, Tracer Roofing LLC vs. Carl Boyer and Joan Boyer. It is unlike that the estate's efforts to prosecute the adversary will result in a recovery and the costs of such will serve to deplete the Tracer Roofing LLC's bankruptcy estate.

As such, the bankruptcy estate is best served by abandoning the asset referenced in this Notice of Abandonment.

Dated: April 19, 2022.

Respectfully submitted,

Ross, Banks, May, Cron & Cavin, P.C.

/S:/ EVA S. ENGELHART
Eva S. Engelhart - #00796513
Chapter 7 Trustee
7700 San Felipe, Suite 550
Houston, Texas 77063
Tel: 713-626-1200
Fax: 713-623-6014
Email: eengelhart@rossbanks.com